| | |
|---|---|
| MITCHELL DIXON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ALVAREZ, et al.,<br><br>Defendants. | **CASE NO. 1:17-cv-00316-MJS (PC)**<br><br>**ORDER DIRECTING PLAINTIFF TO CEASE EXTRANEOUS FILINGS**<br><br>**ORDER DIRECTING CLERK OF COURT TO DISPOSE OF ALL FILINGS NOT BEARING A TITLE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's first amended complaint was dismissed with leave to amend. (ECF No. 13.)

Since initiating this case on March 6, 2017, Plaintiff has filed a plethora of notices, briefs, medical services requests forms, and partial complaints, without any context for their filing. (See ECF Nos. 9, 10, and 11.) Most are incomprehensible and lack a title or caption describing the document as required under Local Rule 133(g). The Court is not filing these documents and will not do so in the future.

To the extent Plaintiff intends for these filings to supplement his pending claims,

1 | he is advised that a civil rights complaint must be "complete in and of itself without
2 | reference to any other pleading, attachment, or document." Micenheimer v. Soto, No. CV
3 | 13-3853-CJC (JEM), 2014 WL 2931111 (C.D. Cal. June 27, 2014); see also Lacey v.
4 | Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc). Plaintiff need not
5 | refer to extrinsic evidence in order to state a claim.

If Plaintiff intends to raise new and separate claims, he may not do so in this case. Federal courts are courts of limited jurisdiction. The pendency of this action does not give the Court jurisdiction over state officials in general or over the relief requested in Plaintiff's motion that is not the subject of the operative complaint. Summers v. Earth Island Institute, 555 U.S. 488, 492-93 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010). In any case, the Court cannot determine what, if any, additional claims Plaintiff seeks to raise.

For the reasons stated above, Plaintiff is hereby DIRECTED to cease filing documents, notices, and requests extraneous to his case. Additionally, all future filings must be clearly labeled with a title describing the document, as required by Local Rule 133(g). Any document submitted by Plaintiff that does not include such a descriptor shall be disposed of.

IT IS SO ORDERED.

Dated: April 24, 2017        /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE